# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-888 MRW | Date | May 16, 2018 |
|---|---|---|---|
| Title | Lucky Elephant v. Index # 1 | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. This is a civil trademark infringement action. Plaintiffs filed the action on February 2, 2018. To date, Plaintiffs have not effected service of process on any defendant nor have they filed any proof of service. (In March, Plaintiffs responded to a court order with a statement that they were attempting to settle the case without further litigation, and anticipated a resolution by April. (Docket # 12.))

2. Federal Rule of Civil Procedure 4(m) requires a litigant to serve the defense within 90 days. If a defendant is not served within the time period, the court "must dismiss the action without prejudice against that defendant."

3. Plaintiffs are ordered to show cause why the action should not be dismissed for failure to serve. If they wish to demonstrate "good cause for the failure" to serve and seek another extension of time (Rule 4(m)), Plaintiffs must submit a detailed statement regarding the status of this action and their service attempts. Plaintiffs' submission will be due by May 31.

**Failure to file a timely submission as directed above will result in the dismissal of the action for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**