## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-888 MRW | Date | September 21, 2018 |
| Title | Lucky Elephant Couture LLC, et al v. Index No. 1 Corporation, et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) NOTICE OF DISMISSAL

Plaintiff failed to file a Notice of Dismissal.  This action is dismissed without prejudice.